| | |
|---|---|
| 1 | ROGER M. MASON, ESQ. (CA Bar No. 107486) |
|   | **SWEENEY, MASON, WILSON & BOSOMWORTH** |
| 2 | A Professional Law Corporation |
|   | 983 University Avenue, Suite 104C |
| 3 | Los Gatos, CA  95032 |
|   | Telephone:  (408) 356-3000 |
| 4 | Facsimile:   (408) 354-8839 |
|   | rmason@smwb.com |
| 5 | |
| 6 | Attorneys for Defendants ROEBER'S, INC. |
|   | And JOHN ROEBER |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST; LOCAL UNION 342, PLUMBERS & STEAMFITTERS, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342 APPRENTICESHIP & TRAINING TRUST FUND and JAMES WILLIAMS, as Trustee of the above TRUSTS,<br><br>              Plaintiffs,<br><br>    v.<br><br>ROEBER'S, INC. a California Corporation, and JOHN ROEBER, an individual,<br><br>       Defendants. | Case No. CV 11-4225-LB<br><br>**DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE and** ~~**PROPOSED**~~ **ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants hereby requests permission to appear by telephone at the Case Management Conference on calendar for March 1, 2012 at 10:30 a.m. before the Magistrate Judge Laurel Beeler. My office is located in Los Gatos, in Santa Clara County and I request that my client not incur any additional time and costs in this matter.

Defendants will be represented by Roger M. Mason, Esq. who will be reached at (408) 356-3000 at the time of the hearing.

Dated: February 23, 2012

**SWEENEY, MASON, WILSON & BOSOMWORTH**

By: /s/
ROGER M. MASON, ESQ.
Attorney for Defendants

## ORDER

Defendant's request is GRANTED for attorney, Roger M. Mason, Esq. to appear telephonically at the above-referenced conference. A clerk of the Court will contact Mr. Mason at (408) 356-3000 when the matter comes on for hearing during the 10:30 a.m. calendar.

IT IS SO ORDERED.

Dated: February 24, 2012

LAUREL BEELER, Magistrate Judge
United States District Court

```
Plaintiff's counsel, Sonya M. Gordon shall appear telephonically for the
case management conference. Counsel are to provide the court with direct
dial phone number no later than February 28, 2012. Contact the courtroom deputy
Lashanda Scott at (510) 637-3525. The court will initiate the conference
call on March 1, 2012 at 10:30 a.m.
```

DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE and ~~PROPOSED~~ ORDER      2